# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Broadway 401 LLC, et al.,[1] | ) | Case No. 10-10070 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATION OF ROBIN E. KELLER OF LOVELLS LLP WITH RESPECT TO THE TABULATION OF VOTES ON THE JOINT PREPACKAGED PLAN OF REORGANIZATION OF BROADWAY 401 LLC, BROADWAY MASS ASSOCIATES LLC AND BROADWAY M ASS TIC I LLC UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

ROBIN E. KELLER of Lovells LLP makes this Certification pursuant to 28 U.S.C. § 1746 and states:

1. I am a member of the firm of Lovells LLP ("Lovells"), proposed counsel to the above-captioned debtors and debtors in possession (the "Debtors"), and I am duly authorized to make this Certification on behalf of Lovells.

2. Unless otherwise stated in this Certification, I have personal knowledge of the facts set forth herein and, if called as a witness, I can competently testify thereto.

3. On the date hereof, each of the Debtors filed a voluntary petition for relief under chapter 11 of Bankruptcy Code.

4. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Broadway 401 LLC, a Delaware limited liability company (6772), Broadway Mass Associates LLC, a Delaware limited liability company (8668), and Broadway Mass TIC I LLC, a Delaware limited liability company (3760).

5. No trustee, examiner, creditors' committee, or other official committee has been appointed in the Debtors' chapter 11 cases.

6. On December 31, 2009, Lovells, on behalf of and at the direction of the Debtors, sent by UPS overnight delivery to (a) PB Capital Corporation, (b) P B (USA) Realty Corporation, and (c) iStar Financial, Inc., representing all the holders of Class 1 Senior Lender Claim, copies of the Debtors' Plan, Disclosure Statement and related materials, together with a Ballot for Accepting or Rejecting the Debtors' Prepackaged Joint Plan of Reorganization (the "Ballot").[2] A copy of the Ballot is attached hereto as Exhibit A. Pursuant to the Plan, only holders of Class 1 Senior Lender Claims are entitled to vote to accept or reject the Plan. Holders of claims and interests in Classes 2-8 are deemed to have either accepted or rejected the Plan and, thus, were not sent Ballots.

7. The Debtors established December 24, 2009, as the record date for determining the holders of Class 1 Senior Lender Claims.

8. The procedures for voting and submitting completed Ballots are set forth in the Debtors' Disclosure Statement as well as the Ballot and in the instructions accompanying the Ballot (the "Procedures"). The Procedures included the requirement, among others, that all holders of Class 1 Senior Lender Claims return a properly completed and executed Ballot to Lovells by 5:00 p.m. prevailing Eastern Time on January 8, 2010 (the "Voting Deadline") in order for such Ballot to be counted as valid.

9. Ballots from each of PB Capital Corporation, P B (USA) Realty Corporation and iStar Financial, Inc. were validly completed and executed in compliance with the Procedures and received by Lovells prior to the Voting Deadline.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Ballot.

10. Each of PB Capital Corporation, PB (USA) Realty Corporation and iStar Financial, Inc., representing holders of 100% in amount and number of Class 1 Senior Lender Claims, voted to accept the Plan. Therefore, holders of Class 1 Senior Lender Claims have voted to accept the Plan in accordance with the requirements set forth in section 1126 of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Robin E. Keller
Partner
Lovells LLP

Executed the 11th day of January, 2010