# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BROADWAY 401 LLC, et al.,[1] | ) | Case No. 10-10070 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administration Requested) |
| | ) | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that Kaye Scholer LLP and Pepper Hamilton LLP hereby enter their appearance as counsel to PB Capital Corporation, as agent ("Agent") for the Debtors' prepetition secured lenders (the "Lenders") in the above-captioned Chapter 11 cases (the "Cases"), and pursuant to sections 342 and 1109(b) of title 11 of the United States Code, as amended (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices (including those governed by Bankruptcy Rules 2002, 3017 and 9007) given, and all papers served or required to be served, in the Cases or in any case, controversy or proceeding related to the Cases, be given to and served upon the following persons at the addresses, telephone, facsimile numbers and e-mail addresses indicated below:

| | |
|---|---|
| D. Tyler Nurnberg, Esq.<br>Kathryn L. Schmanski, Esq.<br>KAYE SCHOLER LLP<br>70 West Madison Street, Suite 4100<br>Chicago, Illinois 60614<br>Telephone: (312) 583.2300<br>Facsimile: (312) 583.2360<br>Email: tnurnberg@kayescholer.com<br>         kschmanski@kayescholer.com | David B. Stratton, Esq.<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>Email: strattond@pepperlaw.com |

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Broadway 401 LLC, a Delaware limited liability company (6772), Broadway Mass Associates LLC, a Delaware limited liability company (8668), and Broadway Mass TIC I LLC, a Delaware limited liability company (3760).

#11975506 v2

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, any disclosure statement or plan of reorganization, pursuant to Bankruptcy Rule 3017, and any other document brought before this Court with respect to the Cases, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Demand for Services of Notices and Pleadings, or any later appearance or pleadings, shall not be deemed or construed to be a waiver of Lenders' rights: (i) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in the Cases or any case, controversy, or proceeding related to the Cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to require that notice be served upon any other person, firm, or governmental agency; and (v) to any other rights, claims, actions, setoffs, recoupments or defenses (including defenses to jurisdiction) to which the Agent or the Lenders are or may be entitled, all of which the Agent, on its behalf and on behalf of the Lenders, expressly reserves.

Dated: January 12, 2010  PEPPER HAMILTON LLP
Wilmington, Delaware

/s/ David M. Fournier
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email:  strattond@pepperlaw.com
         fournierd@pepperlaw.com

-and-

D. Tyler Nurnberg, Esq.
Kathryn L. Schmanski, Esq.
KAYE SCHOLER LLP
70 West Madison Street, Suite 4100
Chicago, Illinois 60614
Telephone: (312) 583.2300
Facsimile: (312) 583.2360
Email:  tnurnberg@kayescholer.com
         kschmanski@kayescholer.com

*Counsel to PB Capital Corporation, as Agent for the Lenders*