UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Broadway 401 LLC, et al.,[1] | ) | Case No. 10-10070 (KJC) |
| | ) | |
| Debtors. | ) | Re: D.I. 8 |
| | ) | |

**ORDER: (A) SCHEDULING A COMBINED HEARING ON THE ADEQUACY OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PREPACKAGED PLAN OF REORGANIZATION; (B) APPROVING PROCEDURES FOR FILING OBJECTIONS THERETO; (C) APPROVING THE FORM AND MANNER OF NOTICE OF THE COMBINED HEARING; AND (D) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors (collectively, the "Debtors") for the entry of an order (the "Order"): (a) scheduling a combined hearing on the adequacy of the disclosure statement and confirmation of the prepackaged plan of reorganization (the "Combined Hearing"); (b) approving procedures for filing objections thereto; (c) approving the form and manner of notice of the Combined Hearing; and (d) granting related relief; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; service of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Broadway 401 LLC, a Delaware limited liability company (6772), Broadway Mass Associates LLC, a Delaware limited liability company (8668), and Broadway Mass TIC I LLC, a Delaware limited liability company (3760). The address for each of the Debtors is 80 Broad Street, New York, NY 1004.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion, the Plan, or the Disclosure Statement, respectively.

1. The Motion is granted as provided herein.

2. The Combined Hearing, at which time the Court will consider, among other things, the adequacy of the Disclosure Statement and confirmation of the Plan, will be held before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, in Courtroom 5 of the United States Bankruptcy Court for the District of Delaware, on March 16, 2010, at 1:00 p.m. (prevailing Eastern time). The Combined Hearing may be adjourned from time to time without further notice other than announcement of the adjourned date or dates at the Combined Hearing or at an adjourned Combined Hearing.

3. Any objection to the Disclosure Statement or confirmation of the Plan must be filed with the Clerk of the Court together with proof of service thereof, and served by personal service or by overnight delivery, so as to be **actually received** no later than 4:00 p.m. (prevailing Eastern Time) on M February 9, 2010 (the "Objection Deadline") by: (a) counsel to the Debtors; (b) counsel to the Senior Agent; (c) counsel to the Mezzanine Agent; (d) the Office of the United States Trustee for the District of Delaware, Attn: T Patrick Tinker; and (d) those parties who have filed a notice of appearance and request for service of pleadings in these chapter 11 cases (each, an "Objection").

4. Any Objection must: (a) be in writing; (b) comply with the Bankruptcy Rules, the Local Bankruptcy Rules, and other case management rules or orders of this Court; (c) set forth the name of the objecting party and the nature and amount of any claim asserted by the objector against the estates or property of the Debtors; and (d) state with particularity the legal and factual basis for the Objection.

5. Any Objections not timely filed and served in the manner set forth in this Order shall not be considered and shall be overruled.

6. The Debtors shall file their brief in support of the Plan, and their reply to Objections, if any, by March 11, 2010.

7. The forms of the Hearing Notice substantially in the forms attached to the Motion as **Exhibit B-1**, **B-2**, and **B-3** are hereby authorized and approved.

8. Within 2 days following entry of the Order, the Debtors shall mail or cause to be mailed by first class mail the Hearing Notices to: (a) the Office of the United States Trustee for the District of Delaware; (b) the entities listed on the Consolidated List of Creditors Holding the 20 Largest Unsecured Claims filed pursuant to Bankruptcy Rule 1007(d); (c) counsel to the Senior Agent; (d) counsel to the Mezzanine Agent; and (e) the Internal Revenue Service in accordance with Bankruptcy Rule 2002(j).

9. The meeting pursuant to section 341(a) of the Bankruptcy Code (the "Section 341 Meeting") shall not be convened and is hereby cancelled unless the Plan is not confirmed by this Court on or prior to March 16, 2010, or a date within five days thereafter.

10. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

11. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Date: January 12, 2010

Honorable Kevin J. Carey
Chief United States Bankruptcy Judge