**In re: Broadway 401 LLC, et al.[1]**                              **Case No. 10-XXXXX (XXX)**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A. Real Property | Yes | 2 | $108,000,000 – 157,000,000 | $213,606,724.80 (plus an unrecorded mortgage in the amount of $37,514,136.12 in aggregate) | |
| B. Personal Property | Yes | 9 | $486,180.29 | | |
| C. Property Claimed as Exempt | No | N/A | | | |
| D. Creditors Holding Secured Claims | Yes | 1 | | $213,606,724.80 | |
| E. Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | N/A | | | |
| F. Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $39,284,702.81 | |
| G. Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H. Codebtors | Yes | 1 | | | |
| I. Current Income of Individual Debtor(s) | No | N/A | | | |
| J. Current Expenditures of Individual Debtor(s) | No | N/A | | | |
| | Total | 18 | $108,486,180.00 – $157,486,180.00 | $252,891,427.60 | |

---

[1]     The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Broadway 401 LLC, a Delaware limited liability company (6772), Broadway Mass Associates LLC, a Delaware limited liability company (8668), and Broadway Mass TIC I Associates LLC, a Delaware limited liability company (3760).

**In re: Broadway 401 LLC, et al.**[1]                    **Case No. 10-XXXXX (XXX)**

## SCHEDULE A - REAL PROPERTY

     Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

     **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

     If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

     If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM OR MORTGAGE |
|---|---|---|---|---|
| Real property located at 401 Massachusetts Avenue, District of Columbia, which is improved by a 14-story 189 unit residential tower. | Owned by Broadway 401 LLC | N/A | $45,000,000 – $51,000,000 | $213,606,724.80 consisting of principal, accrued pre-petition interest, protective advances, costs and fees plus an unrecorded mortgage in the amount of $37,514,136.12 in aggregate |
| Real property located at 425 Massachusetts Avenue, District of Columbia, which is improved by a 14-story 370 unit residential | Owned by Broadway Mass Associates LLC and Broadway Mass TIC Associates LLC as tenants-in common | N/A | $63,000,000 – $106,000,000 | $213,606,724.80 consisting of principal, accrued pre-petition interest, protective |

---

[1]     The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Broadway 401 LLC, a Delaware limited liability company (6772), Broadway Mass Associates LLC, a Delaware limited liability company (8668), and Broadway Mass TIC I Associates LLC, a Delaware limited liability company (3760).

| tower. | | | | advances, costs and fees plus an unrecorded mortgage in the amount of $37,514,136.12 in aggregate |
|---|---|---|---|---|
| | | Total | $108,000,000 - $157,000,000 | |

(Report total also on Summary of Schedules)

**In re: Broadway 401 LLC, et al.[1]**             **Case No. 10-XXXXX (XXX)**

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "HWJC" If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Signature Bank 26 Court Street Brooklyn, N.Y. 11242<br><br>Checking Account Nos. 1500589643, 1501213094 and 1500797416 | | $317,329.93 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Deposits with DC Water and Sewer Authority P.O. Box 97200 Washington D.C. 20090 Account nos. 0182787-2; 0182784-9; 0193977-6; 0183976-8; and 0193972-7 | | $168,850.36 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Three computers located at 401 and 425 Massachusetts Avenue, District of Columbia | | $1000.00 |

---

[1]     The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Broadway 401 LLC, a Delaware limited liability company (6772), Broadway Mass Associates LLC, a Delaware limited liability company (8668), and Broadway Mass TIC I Associates LLC, a Delaware limited liability company (3760).

**In re: Broadway 401 LLC, et al.**[1]                    **Case No. 10-XXXXX (XXX)**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | See Exhibit B-1. | | Purchased for $170,000.000. Value is included in appraisal value of real property. |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Debtors are "named insureds" under an OCIP, automobile, property, general liability, umbrella and excess umbrella insurance policies issued by Lexington, AIG and Fireman's Fund | | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and | X | | | |

**In re: Broadway 401 LLC, et al.**[1]                    **Case No. 10-XXXXX (XXX)**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| corporate bonds and other negotiable and nonnegotiable instruments. | | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 | X | | | |

**In re: Broadway 401 LLC, et al.[1]**          **Case No. 10-XXXXX (XXX)**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Exhibit B-2 | | Value included in appraisal value of real property. |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | Total | | $486,180.29 |
| | | | | NOTE: Total does not include amounts attributable to or included in appraisal value of real property |

**In re: Broadway 401 LLC, <u>et al.</u>[1]**   **Case No. 10-XXXXX (XXX)**

### SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

**In re: Broadway 401 LLC, et al.**[1]                    **Case No. 10-XXXXX (XXX)**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

### EXHIBIT B1

### 8. FIREARMS AND SPORTS, PHOTOGRAPHIC, AND OTHER HOBBY EQUIPMENT

All equipment listed hereto is located at 401 Massachusetts and 425 Massachusetts Avenue, District of Columbia

1.  3 MATRIX TREADMILLS
2.  3 MATRIX ELLIPTICALS
3.  2 MATRIX CYCLES
4.  1 MATRIX CHEST PRESS
5.  1 MATRIX LAT PULLDOWN
6.  1 MATRIX SEATED ROW
7.  1 MATRIX LEG PRESS
8.  1 MATRIX LEG EXTENSION
9.  1 MATRIX SEATED LEG CURL
10. 1 MATRIX DIP/CHIN ASSIST
11. 1 MATRIX FUNCTIONAL TRAINER
12. 1 DUMBBELL RACK
13. 1 MATRIX ADJUSTABLE DECLINE BENCH
14. 1 MATRIX ABDOMINAL BENCH
15. 1 MATRIX BACK EXTENSION
16. 1 LIFESPAN STRETCH TRAINER
17. 12 FREE WEIGHTS AS FOLLOWS: 2 – 50LB; 2 – 45LB; 2 – 40LB; 2 – 35LB; 2 – 30LB AND 2 – 12.5LB.

**In re: Broadway 401 LLC, et al.**[1]                    **Case No. 10-XXXXX (XXX)**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

## EXHIBIT B2

## 28. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES.

All equipment, furnishings and supplies listed hereto are located at 401 Massachusetts and 425 Massachusetts Avenue, District of Columbia

1) APPLICANCES IN EACH RESIDENTIAL UNIT
   a. GE PROFILE STAINLESS STEEL DISHWASHER
   b. REFRIGERATOR
   c. RANGE
   d. MICROWAVE
   e. STACKED GE WASHER/DRYER UNIT.
2) 400 PSI PRESSURE WASHER WITH 5 GALLON GAS CAN
3) 18 VOLT RYOBI DRILL GUN KIT
4) 300 FEET OF GARDEN HOSE WITH SPRAY NOZZLE
5) 650 LB HAND TRUCK
6) 2 FT & 4 FT STEP LADDERS
7) 32 FT. EXTENTION LADDER
8) FOUR 33 GALLON TRASH CANS WITH WHEELS
9) 400 LB TRASH BIN ON WHEELS
10) TWO EXTENTION CORDS
11) TWO RUBBER BOOTS
12) ELECTRIC ENGRAVER
13) 16 GALLON WET DRY SHOP VACUUM
14) STAND ALONE PORTABLE SHOWER FOR 401 POOL
15) 440 2 FT BY 4 FT BY 1/2 INCH FIRE RATED CEILING TILES WITH TRACK AND CROSS BARS
16) 24 BOXES 12 FT BY 12 FT BY 3/8 INCH MARBLE TILE (BLACK AND WHITE) (TEN TILES PER BOX)
17) 32 BOXES 12 FT BY 12 FT BY 3/8 INCH MARBLE TILE (WHITE ON WHITE) (TEN TILES PER BOX)
18) TWO BOXES 12 FT BY 12 FT SHOWER FLOOR MARBLE SHEETS
19) EIGHT CASES 2 FT BY 2 FT ACOUSTICAL CEILING TILE
20) FIVE WASHER PANS
21) 68 EXIT SIGNS (208 VOLT)
22) SIX PRE-HUNG DOORS (3 FT AND 3 FT 6 INCHES)
23) THREE 100 AMP BREAKER BOXES (ENCLOSURES ONLY)
24) MULTIPLE BREAKERS (APPROXIMATELY 65 OF EACH 30, 60, 100 AMPS)
25) FOUR 100 AMP DISCONNECT SWITCHES
26) SIX 4 FT FLOURESCENT LIGHT FIXTURES (FOR DROP CEILING, 208 VOLT)

**In re: Broadway 401 LLC, et al.[1]**       **Case No. 10-XXXXX (XXX)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

27) 24 2 FT BY 2 FT FLOURESCENT LIGHT FIXTURES (FOR DROP CEILING 208 VOLT, U-TUBE)
28) 10 CASES OF 4 FT FLOURESCENT LIGHT FIXTURE CAGES (FOR GARAGE LIGHTS)
29) 1 1/2 TON WATER SOURCE HEAT PUMP
30) DOOR HARDWARE (POWER SOURCES FOR ELECTRIC DOOR OPERATION, PANIC BARS, STRIKES, HINGES, SCREWS, AND DOOR KNOB SETS)
31) CARPETING
    a. HALLWAY CARPET, 16 FT BY 50 FT
    b. OLIVE BURBUR , 16 FT BY 45 FT
    c. DARK BIEGE BURBUR, 16 FT BY 30 FT
    d. LIGHT BIEGE BURBUR, 16 FT BY 60 FT
32) 42 MURPHY BEDS
33) MODEL UNIT FURNITURE
    a. TWISTED WOOL STOOL
    b. VERTICAL MIRROR
    c. DAYBED
    d. LEANING BOOKCASE/DESK
    e. FOUR DESKS
    f. FOUR DESK CHAIR
    g. SIX OFFICE CHAIRS
    h. THREE GUEST CHAIRS
    i. SIDE TABLE
    j. COFFEE TABLE
    k. TWO CUBE END TABLES
    l. THREE DINING ROOM TABLES
    m. TEN DINING CHAIRS
    n. CORNER SOFA
    o. THREE COFFEE TABLES
    p. EASY CHAIR
    q. TWO BEDS
    r. FOUR NIGHTSTANDS
    s. THREE DRESSERS
    t. TWO SOFA
    u. LIVING ROOM CHAIR
    v. LIVING ROOM COCKTAIL TABLE
    w. LIVING ROOM END TABLE
    x. TWO BAR STOOLS
    y. TWO LARGE MIRRORS
    z. DINING TABLE
    aa. OTTOMAN
    bb. FILE CABINETS

**In re: Broadway 401 LLC, <u>et</u> <u>al.</u>**[1]  **Case No. 10-XXXXX (XXX)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

      cc. MISCELLANEOUS UNIT ACCESSORIES
      dd. MISCELLANEOUS UNIT ELECTRONICS
34) CLUB UNIT FURNITURE
      a. REFRIGERATOR
      b. DISHWASHER
35) MISCELLANEOUS MAINTENANCE MATERIALS (LIGHT BULBS, TRASH BAGS, BLUEPRINT RACK, SCREWS, ANCHORS)
36) MISCELLANEOUS CONSTRUCTION MATERIALS (CEILING INSULATION, METAL STUDS, ELECTRICAL HARDWARE, MINOR PLUMBING ITEMS (NO FIXTURES))

**In re: Broadway 401 LLC, et al.**[1]          **Case No. 10-XXXXX (XXX)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC".

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITORS'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| PB Capital Corporation, as Agent 230 Park Ave. NY, NY 10169 Attn: A. Wilhelm | X | | Principal and interest under the Consolidated, Amended and Restated Construction Loan Agreement dated as of December 15, 2006 | | | | $213,606,724.80 consisting of principal, accrued pre-petition interest, protective advances, costs and fees | Unknown |
| | | | | | | Totals | $213,606,724.80 | Unknown |

---

[1]     The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Broadway 401 LLC, a Delaware limited liability company (6772), Broadway Mass Associates LLC, a Delaware limited liability company (8668), and Broadway Mass TIC I Associates LLC, a Delaware limited liability company (3760).

**In re: Broadway 401 LLC, et al.**[1]                    **Case No. 10-XXXXX (XXX)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

      State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC."

      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."

      If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

      ☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITORS'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM[2] |
|---|---|---|---|---|---|---|---|
| Aon Risk Services 1120 20th Street NW Washington D.C., 20036 Acct No: None | X | | Insurance | | X | X | $50,000.00 |
| Broadway Management Co Inc. 80 Broad Street New York, NY 10004 Acct No: None | X | | Messenger & Travel | | | | $8,750.36 |

---

[1]    The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Broadway 401 LLC, a Delaware limited liability company (6772), Broadway Mass Associates LLC, a Delaware limited liability company (8668), and Broadway Mass TIC I Associates LLC, a Delaware limited liability company (3760).

[2]    Amounts indicated are current as of November 30, 2009.

| CREDITORS'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER | C O D E B T O R | H W JC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM[2] |
|---|---|---|---|---|---|---|---|
| Broadway Management Co Inc. 80 Broad Street New York, NY 10004 Acct No: None | X | | Insurance | | | | $494,034.00 |
| Broadway Mass Development LLC 80 Broad Street New York, NY 10004 Acct No: None | X | | Management Fee | | | | $799,999.98 |
| Broadway Atlantic Devlepment LLC 80 Broad Street New York, NY 10004 Acct No: None | X | | Messenger Service | | | | $78.74 |
| Carmel & Carmel 5301 Wisconsin Ave. NW, Ste. 570 Washington D.C. 20015 Acct No: None | X | | Legal Services | | | | $6,718.82 |
| Clean Advantage Corp. P.O. Box 37118 Baltimore, MD 21297 Acct No: 500D5160 | X | | Maintenance | | | | $545.68 |
| CSC 2711 Centerville Road Wilmington, DE 19808 Acct No: 7198953 | X | | Registration Fees | | | | $12,029.70 |
| Fahrenheit LLC 1054 31st Street NW Washington D.C. 20007 Acct No: DUM-091605-733 | X | | Construction Costs | | | | $10,678.59 |
| GHA Condominium 3020 Hamaker Ct, Ste. 300 Fairfax, VA 22031 Acct No: None | X | | Condo Management | | X | X | $31,868.90 |
| Greenstein Delorme 1620 L St. NW, Ste. 900 Washington D.C. 20036-5605 Acct No: None | X | | Legal Services | | X | X | $122,004.09 |

| CREDITORS'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER | C O D E B T O R | H W JC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM[2] |
|---|---|---|---|---|---|---|---|
| Holland & Knight<br>P.O. Box 864084<br>Orlando, FL 32886<br>Acct No: None | X | | Legal Services | | | | $1,722.30 |
| iStar Financial Inc.<br>1114 Ave. of the Americas, 27th Fl.<br>NY, NY 10036<br>Attn: Chief Operating Officer | X | | Principal and interest under the Mezzanine Loan Agreement dated December 15, 2006 | | | | $37,514,136.12 in aggregate |
| Jemal's Douglas Stereo<br>c/o Adams National Bank<br>1130 Conn. Ave. NW<br>Washington D.C. 20036<br>Acct No: None | X | | Rent | X | X | | $24,058.00 |
| Leshkowitz & Co.<br>270 Madison Ave.<br>NY, NY 10016<br>Acct Nos: 2997 & 2998 | X | | Accounting Services | X | X | | $25,054.75 |
| Wayne Lopkin<br>52 Vanderbilt Ave., Ste. 1007<br>NY, NY 100017<br>Acct No: None | X | | Legal Services | | | | $2,863.00 |
| Steven Marcus<br>1730 Rhode Island Ave., Ste. 713<br>Washington DC 20036 | X | | Legal Services | X | | | Unknown |
| McWilliams Ballard<br>625 N. Washington St. #304<br>Alexandria, VA 22314<br>Acct No: None | X | | Broker Services | X | X | | $52,957.66 |
| Merrick Towle Communications<br>5801-F Ammendale Road<br>Beltsville, MD 20705<br>Acct No: None | X | | Advertising | X | X | | $33,018.18 |
| Morrison Cohen LLP<br>909 Third Ave.<br>NY, NY 10022<br>Acct No: None | X | | Legal Services | X | X | | $14,025.07 |

| CREDITORS'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER | C O D E B T O R | H W JC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM [2] |
|---|---|---|---|---|---|---|---|
| New Condominium Guide 1919 Gallows Road, Ste. 200 Vienna, VA 22182 Acct No: 11 BROMAS | X | | Advertising | | | | $1,500.00 |
| Pillsbury Winthrop Shaw 1540 Broadway New York, NY 10036-4039 Acct No: 541812 | X | | Legal Services | | | | $11,792.58 |
| Snider & Weinstein 900 17th Street NW, Ste. 410 Washington D.C. 20006 Acct No: None | X | | Legal Services | | X | X | $13,758.75 |
| Sugarplum Tent Company 17125 Darnestown Road Boyds, MD 20841 Acct No: None | X | | Marketing | | | | $5,161.14 |
| Washington Post P.O. Box 17641 Baltimore, MD 21297-1641 Acct No: 1010114757 | X | | Advertising | | X | X | $47,946.40 |
| | | | | | | Total | $39,284,702.81 |

**In re: Broadway 401 LLC, et al.**[1]                    **Case No. 10-XXXXX (XXX)**

## SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTORS | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Broadway 401 LLC<br>c/o CSC<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | Please see creditors listed on Schedule D and Schedule F. |
| Broadway Mass Associates LLC<br>c/o CSC<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | Please see creditors listed on Schedule D and Schedule F. |
| Broadway Mass TIC I Associates LLC<br>c/o CSC<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | Please see creditors listed on Schedule D and Schedule F. |
| Joseph Neumann<br>c/o Broadway Management Co.<br>80 Broad Street<br>NY, NY 10004 | PB Capital Corporation, as Agent<br>230 Park Ave.<br>NY, NY 10169<br>Attn: A. Wilhelm<br><br>iStar Financial Inc.<br>1114 Ave. of the Americas, 27th Fl.<br>NY, NY 10036<br>Attn: Chief Operating Officer |
| Samuel Weiss<br>11 Lenore Ave.<br>Monsey, NY 10952 | PB Capital Corporation, as Agent<br>230 Park Ave.<br>NY, NY 10169<br>Attn: A. Wilhelm<br><br>iStar Financial Inc.<br>1114 Ave. of the Americas, 27th Fl.<br>NY, NY 10036<br>Attn: Chief Operating Officer |

---

[1]    The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Broadway 401 LLC, a Delaware limited liability company (6772), Broadway Mass Associates LLC, a Delaware limited liability company (8668), and Broadway Mass TIC I Associates LLC, a Delaware limited liability company (3760).

**In re: Broadway 401 LLC, et al.[1]**                                    **Case No. 10-XXXXX (XXX)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS INCLUDING ZIP CODE, OR OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| CAVALIER CLEANING & ENVIRONMENTAL SERVICES 611 L STREET NW WASHINGTON DC 20001 | CLEANING |
| AMERICAN POOL 9306 GERWIG LANE - SUITE E COLUMBIA, MD 21046 | POOL MAINTENANCE |
| CONNORS TERMITE & PEST CONTROL INC 5408A PORT ROYAL ROAD SPRINGFIELD, VA 22151 | PEST CONTROL |
| W.H. BOYER INC 2945 ROUTE 97 GLENWOOD, MD 21738 | LANDSCAPE SERVICES |
| CAVALIER CLEANING & ENVIRONMENTAL SERVICES 611 L STREET NW WASHINGTON DC 20001 | SECURITY SERVICES |
| WRIGHT MECHANICAL SERVICES LLC 6620 CRAIN HIGHWAY LAPLATA, MD 20646 | BUILDING ENGINEER |
| PINNACLE WASTE INC 766 QUEENSTOWN ROAD SEVERN, MD 21144 | WASTE REMOVAL |
| OTIS ELEVATOR COMPANY 1017 BRIGHTSEAT ROAD LANDOVER, MD 20785 | ELEVATOR MAINTENANCE |
| EASTERN INDUSTRIES CORPORATION 11807 FORUM HILL COURT POTOMAC, MD 20854 | PARKING |

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Broadway 401 LLC, a Delaware limited liability company (6772), Broadway Mass Associates LLC, a Delaware limited liability company (8668), and Broadway Mass TIC I Associates LLC, a Delaware limited liability company (3760).

B6A (Official Form 6) (12/07)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

**In re: Broadway 401 LLC, <u>et al.</u>[1]**                    **Case No. 09-XXXXX (XXX)**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

    I, the authorized manager of the limited liability companies named as debtors in these cases, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __18__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: January __11__, 2010          Signature: _David Weldler_____

                                                    David Weldler
                                                  Manager

---

[1]    The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Broadway 401 LLC, a Delaware limited liability company (6772), Broadway Mass Associates LLC, a Delaware limited liability company (8668), and Broadway Mass TIC Associates LLC, a Delaware limited liability company (3760).

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

**In re: Broadway 401 LLC, et al.**[1]  **Case No. 10-XXXXX (XXX)**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

AMOUNT                                   SOURCE

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13

---

[1]       The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Broadway 401 LLC, a Delaware limited liability company (6772), Broadway Mass Associates LLC, a Delaware limited liability company (8668), and Broadway Mass TIC I Associates LLC, a Delaware limited liability company (3760).

must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,875,000.00 | Sale of transferable development rights. |

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

Please see Continuation Sheet 3b.

Note: All payments listed in Continuation Sheet 3b were made directly by the Agent for the Senior Lenders to vendors via protective advances under the Senior Loan Agreement.

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

Please see Continuation Sheet 3c.

Note: All payments listed in Continuation Sheet 3c were made directly by the Agent for the Senior Lenders via protective advances under the Senior Loan Agreement or out of collateral proceeds of the sale of transferable development rights.

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING AND LOCATION | COURT OR AGENCY | STATUS OR DISPOSITION |
|---|---|---|---|
| McWilliams Ballard, Inc. v. Broadway Management Co., Inc., <u>et al</u>. Case No. 08-01670 (ESH) | Contract dispute | U.S. District Court for the District of Columbia | Stayed per stipulation pending dismissal |
| Custom Glass Services, Inc. v. 425 Mass Ave LLC, <u>et al</u>. Case No. CA-004244-99 | Contract dispute | Superior Court for the District of Columbia | Withdrawn |
| Real Estate Tax Assessment Appeal (no caption or case number assigned) | Real estate tax assessment dispute | Washington D.C. Board of Real Property Assessment & Appeals | Decision pending |
| Washington Post Inc. v. Broadway Mass Management LLC d/b/a Broadway Management Co. Case No. 30904/09 | Collection action* | Supreme Court of the State of New York, Kings County | Pending |

* Debtors believe that the subject of this collection action is a Debtor obligation and that the wrong defendant has been named.

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

 NONE

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Dumont Towers | Flood loss. Insurance check received. | May 2009 |

## 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Lovells LLP 590 Madison Avenue New York NY 10022 | January 2010 | $260,000 |
| Bayard, P.A. 222 Delaware Avenue, Suite 900 P.O. Box 25130 Wilmington, DE 19899 | January 2010 | $25,000 |

NOTE: These listed amounts were funded out of cash collateral consisting of proceeds of the sale of transferable development rights pursuant to the Senior Settlement Agreement

## 10. Other transfers

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Argent Acquisitions LLC 551 Fifth Ave. NY, NY 10176 (no relationship to Debtors) | August 2009 | Property: Transferable development rights. Value received: $1,875,000.00 |

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

☒ NONE

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

☒ NONE

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

### 15. Prior address of debtor

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

---

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

NAME

---

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

a. *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

☒ NONE

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Paul Duboff c/o Broadway 401 Manager LLC and Broadway Mass Manager LLC 80 Broad Street, NY, NY 10004 | 2004 - Present. |

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Leshkowitz & Co. 270 Madison Ave. NY, NY 10016 | 2004-Present |

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Broadway 401 Manager LLC | 80 Broad Street, NYC, NY 10004 |
| Broadway Mass Manager LLC | 80 Broad Street, NYC, NY 10004 |

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

☒ NONE

NAME AND ADDRESS                                      DATE ISSUED

---

**20. Inventories**

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|----------------|

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

☒ NONE

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------|

---

**21. Current Partners, Officers, Directors and Shareholders**

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒ NONE

NAME AND ADDRESS              NATURE OF INTEREST              PERCENTAGE OF INTEREST

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| Lazar Muller<br>P.O.Box 105<br>Williamsburg Station<br>Brooklyn, NY 11211 | Stockholder | Please see Continuation Sheet 21 |
| Sam Weiss<br>11 Lenore Ave.<br>Monsey, NY 10952 | Stockholder | Please see Continuation Sheet 21 |
| 1997 Neumann Family Trust<br>c/o Broadway Management Co., Inc.<br>80 Broad Street<br>NYC, NY 10004 | Stockholder | Please see Continuation Sheet 21 |

| Charles Herzka<br>c/o Broadway Management Co., Inc.<br>80 Broad Street<br>NYC, NY 10004 | Manager of each of the<br>Debtors/Stockholder | Please see Continuation Sheet 21 |
| --- | --- | --- |
| David Weidler<br>c/o Broadway Management Co., Inc.<br>80 Broad Street<br>NYC, NY 10004 | Manager of each of the<br>Debtors/Stockholder | Please see Continuation Sheet 21 |

## 22. Former partners, officers, directors and shareholders

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

☒ NONE

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

☒ NONE

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

## 23. Withdrawals from a partnership or distributions by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

☒ NONE

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION<br>AND VALUE OF PROPERTY |
| --- | --- | --- |

## 24. Tax Consolidation Group.

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

☒ NONE

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## 25. Pension Funds.

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

☒ NONE

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
| --- | --- |

\*          \*          \*

# Continuation Sheet 3b

**All payments listed were made directly by the Agent for the Senior Lenders to vendors via protective advances under the Senior Loan Agreement.**

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| A-1 Floodtech<br>9111 Centreville Road<br>Manassas , VA 20110 | Dec. 24, 2009 | $7,416.56 | Unknown |
| Adina, Inc.<br>6621 Iron Place<br>Springfield, VA 22151 | Oct. 26, 2009<br>Nov. 25, 2009<br>Dec. 24, 2009 | $67,693.00<br>$73,170.50<br>$36,457.50 | Unknown<br>Unknown<br>Unknown |
| American Pool, Inc.<br>9306 Gerwig Lane, Ste. E<br>Columbia, MD 21046 | Oct. 26, 2009<br>Dec. 24, 2009 | $96.50<br>$2,620.00 | Unknown<br>Unknown |
| AP Fitness Solutions<br>1122 Avenue M, Ste. 301<br>Brooklyn, NY 11230 | Nov. 25, 2009 | $28,800.55 | Unknown |
| ARC Water Treatment Co.<br>10620 Riggs Hill Rd., Unit J<br>Jessup, MD 20794 | Oct. 26, 2009<br>Nov. 25, 2009<br>Dec. 24, 2009 | $486.46<br>$333.90<br>$333.90 | Unknown<br>Unknown<br>Unknown |
| M. Brown<br>c/o Broadway Management Co.<br>80 Broad Street<br>NYC, NY 10004 | Oct. 26, 2009<br>Nov. 25, 2009<br>Dec. 24, 2009 | $10,000.00<br>$10,000.00<br>$10,000.00 | Unknown<br>Unknown<br>Unknown |
| Cavalier Management<br>611 L Street NW<br>Washington DC 20001 | Oct. 26, 2009<br>Nov. 25, 2009<br>Dec. 24, 2009 | $16,354.46<br>$16,018.59<br>$16,057.40 | Unknown<br>Unknown<br>Unknown |
| Cochran & Mann, Inc.<br>18213-D Flower Hill Way<br>Gaithersburg, Maryland 20879 | Dec. 24, 2009 | $17,750.00 | Unknown |
| Columbia Woodworking Inc.<br>935 Brentwood Road, NE<br>Washington, DC 20018 | Oct. 26, 2009<br>Dec. 24, 2009 | $45,000.00<br>$49,165.20 | Unknown<br>Unknown |
| Combustion Services<br>1432 Front Avenue<br>Lutherville, MD 21093 | Nov. 25, 2009 | $350.00 | Unknown |
| Connor's Pest Protection<br>5408A Port Royal Rd.<br>Springfield, VA 22151 | Oct. 26, 2009<br>Nov. 25, 2009<br>Dec. 24, 2009 | $343.69<br>$343.69<br>$344.50 | Unknown<br>Unknown<br>Unknown |
| DC Treasurer<br>1350 Pennsylvania Avenue NW, Ste. 203<br>Washington DC 20004 | Nov. 25, 2009 | $44,234.01 | Unknown |
| DC Water & Sewer Authority<br>5000 Overlook Avenue SW<br>Washington DC 20032 | Oct. 26, 2009<br>Dec. 24, 2009 | $7,765.41<br>$19,391.47 | Unknown<br>Unknown |
| Derrick Associates, Inc.<br>8545 Atlas Drive<br>Gaithersburg, MD 20877 | Nov. 25, 2009 | $672.46 | Unknown |
| Detimmermann LLC<br>528 Poplar Street<br>Hanover, PA 17331 | Oct. 26, 2009<br>Nov. 25, 2009 | $47,218.00<br>$34,180.00 | Unknown<br>Unknown |

| | | | |
|---|---|---|---|
| Dominion Elevator Inspection<br>6911 Richmond Highway, Ste. 302<br>Alexandria, VA 22306 | Nov. 25, 2009 | $1,365.00 | Unknown |
| Dominion Glass & Mirror Inc.<br>14707 Willard Rd # B<br>Chantilly, VA 20151 | Oct. 26, 2009<br>Dec. 24, 2009 | $11,363.00<br>$24,587.00 | Unknown<br>Unknown |
| First Insurance Funding Corp.<br>450 Skokie Boulevard, Suite 1000<br>Northbrook, IL 60062 | Oct. 26, 2009<br>Nov. 25, 2009<br>Dec. 24, 2009 | $16,033.60<br>$16,033.60<br>$16,033.60 | Unknown<br>Unknown<br>Unknown |
| Flooring Solutions, Inc.<br>22445 Powers Court<br>Sterling, VA 20166 | Oct. 26, 2009<br>Nov. 25, 2009 | $11,744.10<br>$4,158.00 | Unknown<br>Unknown |
| Greenstein Delorme<br>1620 L Street NW, Ste. 900<br>Washington DC 20036 | Nov. 25, 2009<br>Dec. 24, 2009 | $938.00<br>$3,641.30 | Unknown<br>Unknown |
| Havtech Corp.<br>5901 Ammendale Rd<br>Beltsville, MD 20705 | Nov. 25, 2009 | $1,434.00 | Unknown |
| J.E. Richards, Inc.<br>10401 Tucker Street<br>Beltsville, MD, 20705 | Oct. 26, 2009<br>Nov. 25, 2009 | $10,153.26<br>$25,190.86 | Unknown<br>Unknown |
| JMB Construction Services<br>1748 Meyer Way<br>Jamison, PA 18929 | Oct. 26, 2009<br>Nov. 25, 2009<br>Dec. 24, 2009 | $8,710.27<br>$8,293.27<br>$7,500.00 | Unknown<br>Unknown<br>Unknown |
| Karen M. Conkey<br>325 North Patrick Street<br>Alexandria, VA 22314 | Oct. 26, 2009<br>Nov. 25, 2009<br>Dec. 24, 2009 | $3,031.12<br>$4,213.20<br>$2,920.17 | Unknown<br>Unknown<br>Unknown |
| Kaye Scholer LLP<br>425 Park Ave.<br>NY, NY 10022 | Oct. 26, 2009<br>Nov. 25, 2009<br>Dec. 24, 2009 | $143.579.22<br>$122,017.41<br>$43,494.51 | Unknown<br>Unknown<br>Unknown |
| Landamerica Financial<br>5600 Cox Road<br>Glen Allen, VA 23060 | Oct. 26, 2009<br>Nov. 25, 2009<br>Dec. 24, 2009 | $3,400.00<br>$3,700.00<br>$3,300.00 | Unknown<br>Unknown<br>Unknown |
| Leisure Contracting<br>210 Clyde Ave<br>Halethorpe, MD 2122 | Oct. 26, 2009<br>Nov. 25, 2009<br>Dec. 24, 2009 | $6,850.00<br>$6,700.00<br>$2,500.00 | Unknown<br>Unknown<br>Unknown |
| Joseph J. Magnolia Inc.<br>600 Gallatin Street NE<br>Washington DC 20017 | Oct. 26, 2009<br>Dec. 24, 2009 | $17,000.00<br>$6,000.00 | Unknown<br>Unknown |
| Miscellaneous Metals, Inc.<br>5719 Industry Lane<br>P. O. Box 3818<br>Frederick, MD 21705 | Nov. 25, 2009<br>Dec. 24, 2009 | $9,666.90<br>$13,086.90 | Unknown<br>Unknown |
| Omega Risk Management LLC<br>205 McKinley Terrace<br>Centerport, NY 11721 | Dec. 24, 2009 | $4,428.00 | Unknown |
| Pavillion Glass Inc.<br>P.O. Box 3061<br>Warminster, PA 18974 | Dec. 24, 2009 | $28,450.00 | Unknown |
| PB Capital Corp.<br>230 Park Ave., 19th Fl.<br>NY, NY 10169 | Oct. 26, 2009<br>Nov. 25, 2009<br>Dec. 24, 2009 | $6,000.00<br>$6,000.00<br>$6,000.00 | Unknown<br>Unknown<br>Unknown |
| Pepco<br>P.O. Box 4863 | Oct. 26, 2009<br>Nov. 25, 2009 | $71,207.11<br>$81,562.40 | Unknown<br>Unknown |

| | | | |
|---|---|---|---|
| Trenton, N.J. 08650 | Dec. 24, 2009 | $39,135.03 | Unknown |
| Pinnacle Waste Inc. | Oct. 26, 2009 | $111.04 | Unknown |
| 766 Queenstown Rd. | Nov. 25, 2009 | $111.04 | Unknown |
| Severn, MD 2114 | Dec. 24, 2009 | $111.04 | Unknown |
| UIC Inc. | Oct. 26, 2009 | $5,076.25 | Unknown |
| One Park Way, 3rd Fl. | Nov. 25, 2009 | $5,202.50 | Unknown |
| Upper Saddle River, NJ 07458 | Dec. 24, 2009 | $2,780.00 | Unknown |
| Verizon | Oct. 26, 2009 | $1,075.62 | Unknown |
| P.O.Box 3397 | Nov. 25, 2009 | $926.29 | Unknown |
| Bloomington, IL 61702 | Dec. 24, 2009 | $1,067.73 | Unknown |
| Washington Gas | Oct. 26, 2009 | $368.22 | Unknown |
| P.O. Box 9001036 | Nov. 25, 2009 | $1,017.29 | Unknown |
| Louisville, KY 40290 | Dec. 24, 2009 | $7,184.03 | Unknown |
| WH Boyer, Inc. | Oct. 26, 2009 | $3,137.00 | Unknown |
| 2945 Route 97 | Nov. 25, 2009 | $3,137.00 | Unknown |
| Glenwood, MD 21738 | Dec. 24, 2009 | $3,600.00 | Unknown |
| Wright Mechanical Services | Oct. 26, 2009 | $7,323.65 | Unknown |
| 6620 Crain Highway | Nov. 25, 2009 | $17,460.49 | Unknown |
| Laplata, MD 20646 | Dec. 24, 2009 | $540.00 | Unknown |

## Continuation Sheet 3c

**All payments listed were made directly by the Agent for the Senior Lenders via protective advances under the Senior Loan Agreement or out of collateral proceeds of the sale of transferable development rights.**

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Broadway Atlantic Development Co. 80 Broad Street NYC, NY 10004 | Feb. 17, 2009 | $29.27 | Unknown |
| Broadway Management Co., Inc. 80 Broad Street NYC, NY 10004 | Feb. 1, 2009 | $111.04 | Unknown |
| | Feb. 17, 2009 | $774.84 | Unknown |
| | Mar. 16, 2009 | $210.42 | Unknown |
| | Aug. 12, 2009 | $76.70 | Unknown |
| | Aug. 13, 2009 | $97.99 | Unknown |
| | Aug. 26, 2009 | $39.37 | Unknown |
| | Dec. 24, 2009 | $58.22 | Unknown |
| D. Weldler c/o Broadway Management Co., Inc. 80 Broad Street NYC, NY 10004 | Jan. 7, 2009 | $35,000.00 | Unknown |

**Broadway 401 LLC Stock Ownership Chart**



**Broadway Mass TIC I LLC and Broadway Mass Associates LLC
Stock Ownership Chart**



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**In re: Broadway 401 LLC, <u>et al.</u>**[2]                    **Case No. 09-XXXXX (XXX)**

## DECARATION CONCERNING STATEMENT OF FINANCIAL AFFAIRS

      I, David Weldler, Manager of the limited liability companies named as debtors in these cases, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date: January ___11___, 2010          _____

                                 David Weldler, Manager


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

[2]     The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Broadway 401 LLC, a Delaware limited liability company (6772), Broadway Mass Associates LLC, a Delaware limited liability company (8668), and Broadway Mass TIC Associates LLC, a Delaware limited liability company (3760).