# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BROADWAY 401 LLC, et al.,[1] | ) ) ) | Case No. 10-10070 (KJC) |
| Debtors. | ) ) ) | Jointly Administered |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 16, 2010 AT 4:00 P.M.

**A**T THE REQUEST OF THE **C**OURT, THIS HEARING IS CANCELLED.

## UNCONTESTED MATTERS WITH A CERTIFICATION OF NO OBJECTION

1. [Final Approval of] Motion of Debtors for Interim and Final Orders (I) Determining That Utility Companies Have Been Provided With Adequate Assurance of Payment; (II) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service on Account of Prepetition Invoices; (III) Approving Adequate Assurance Procedures; and (I) Scheduling a Final Hearing [Filing Date: 01/11/10; Docket No. 5]

    Related Documents:

    a) Interim Order (I) Determining That Utility Companies Have Been Provided With Adequate Assurance of Payment; (II) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service on Account of Prepetition Invoices; (III) Approving Adequate Assurance Procedures; and (IV) Scheduling Final Hearing [Filing Date: 01/12/10; Docket No. 23]

    b) Notice of Final Hearing re: Motion of Debtors for Interim and Final Orders (I) Determining That Utility Companies Have Been Provided With Adequate Assurance of Payment; (II) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service on Account of Prepetition Invoices; (III) Approving

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification numbers are: Broadway 401 LLC, a Delaware limited liability company (6772); Broadway Mass Associates LLC, a Delaware limited liability company (8668); and Broadway Mass TIC I LLC, a Delaware limited liability company (3760). The address of each Debtor is 80 Broad Street, New York, NY 10004.

[2] **Amended items appear in bold.**

        Adequate Assurance Procedures; and (I) Scheduling a Final Hearing [Filing Date: 01/12/10; Docket No. 26]

    c)     Certification of No Objection [Filing Date: 02/12/10; Docket No. 48]

    d)     Proposed Form of Order

Response Deadline: February 9, 2010 at 4:00 p.m.

Responses Received: None.

Status: No Objections were received and a Certification of No Objection has been filed. No hearing is required unless the Court directs otherwise.

2. Application for Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed.R.Bankr.P. 2014(a) and Del.Bankr.L.R. 2014-1 Authorizing Employment and Retention of Lovells LLP as Attorneys Nunc Pro Tunc to Petition Date [Filing Date: 01/11/10; Docket No. 12]

    Related Documents:

    a)     Notice of Hearing re: Application for Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed.R.Bankr.P. 2014(a) and Del.Bankr.L.R. 2014-1 Authorizing Employment and Retention of Lovells LLP as Attorneys Nunc Pro Tunc to Petition Date [Filing Date: 01/12/10; Docket No. 28]

    b)     Certification of No Objection [Filing Date: 02/12/10; Docket No. 46]

    c)     Proposed Order

Response Deadline: February 9, 2010 at 4:00 p.m.

Responses Receive: None.

Status: No Objections were received and a Certification of No Objection has been filed. No hearing is required unless the Court directs otherwise.

3. Application for Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed.R.Bankr.P. 2014(a) and Del.Bankr.L.R. 2014-1 Authorizing Employment and Retention of Bayard, P.A. as Debtors' Delaware Counsel, Nunc Pro Tunc to Petition Date [Filing Date: 01/13/10; Docket No. 32]

    Related Documents:

        a)        Certification of No Objection [Filing Date: 02/12/10; Docket No. 47]

        b)        Proposed Order

Response Deadline: February 9, 2010 at 4:00 p.m.

Responses Receive: None.

Status: No Objections were received and a Certification of No Objection has been filed. No hearing is required unless the Court directs otherwise.

**UNCONTESTED MATTERS GOING FORWARD**

4.    [Final Approval of] Motion for Interim and Final Orders (1) Authorizing Debtors-in-Possession to Use Cash Collateral; (2) Authorizing Debtors-in-Possession to Incur Post-Petition Secured Obligations; (3) Granting Security Interests and Priority Pursuant to 11 U.S.C. § 364(c) and (d); (4) Granting Adequate Protection; and (5) Modifying Automatic Stay [Filing Date: 01/11/10; Docket No. 6]

Related Documents:

        a)        Interim Order: (1) Authorizing Debtors-in-Possession to Use Cash Collateral; (2) Authorizing Debtors-in-Possession to Incur Post-Petition Secured Obligations; (3) Granting Security Interests and Priority Pursuant to 11 U.S.C. § 364(c) and (d); (4) Granting Adequate Protection; (5) Modifying Automatic Stay; and (6) Setting Final Hearing [Filing Date: 01/12/10; Docket No. 24]

        b)        Notice of Final Hearing re: Debtors' Motion for Interim and Final Orders (1) Authorizing Debtors-in-Possession to Use Cash Collateral; (2) Authorizing Debtors-in-Possession to Incur Post-Petition Secured Obligations; (3) Granting Security Interests and Priority Pursuant to 11 U.S.C. § 364(c) and (d); (4) Granting Adequate Protection; and (5) Modifying Automatic Stay [Filing Date: 01/12/10; Docket No. 27]

        c)        Notice of Filing of Proposed Form of Final Order: (1) Authorizing Debtors-in-Possession to Use Cash Collateral; (2) Authorizing Debtors-in-Possession to Incur Post-Petition Financing and Secured Obligations; (3) Granting Security Interests and Priority Pursuant to 11 U.S.C. § 364(c) and (d); (4) Granting Adequate Protection; (5) Modifying Automatic Stay; and (6) Granting Related Relief [Filing Date: 02/11/10; Docket No. 45]

d) **Certification of Counsel Regarding Final Order: (1) Authorizing Debtors-in-Possession to Use Cash Collateral; (2) Authorizing Debtors-in-Possession to Incur Post-Petition Financing and Secured Obligations; (3) Granting Security Interests and Priority Pursuant to 11 U.S.C. § 364(c) and (d); (4) Granting Adequate Protection; (5) Modifying Automatic Stay; and (6) Granting Related Relief [Filing Date: 02/15/10; Docket No. 50]**

Response Deadline: February 9, 2010 at 4:00 p.m.

Responses Received: None.

Status: This matter will go forward.

Dated: **February 15, 2010**
Wilmington, Delaware

BAYARD, P.A.

*/s/ Jamie L. Edmonson*
Neil B. Glassman, Esq. (No. 2087)
Jamie L. Edmonson, Esq. (No. 4247)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
nglassman@bayardlaw.com
jedmonson@bayardlaw.com

- and -

**LOVELLS LLP**
Robin E. Keller, Esq.
Christopher R. Bryant, Esq.
590 Madison Avenue
New York, New York 10022
Tel: (212) 909-0600
Fax: (212) 909-0660
robin.keller@lovells.com
christopher.bryant@lovells.com

Proposed Attorneys for the Debtors
and Debtors-in-Possession