**Annex A**

{DIP Amendment}

[DIP FINANCING]

## PB CAPITAL CORPORATION
230 Park Avenue
New York, New York 10169

December 24, 2009

Broadway 401 LLC
Broadway Mass Associates LLC
-and-
Broadway Mass TIC I LLC
c/o Broadway Management Co., Inc.
80 Broad Street
New York, New York 10004
Attention: Charles Herzka

Ladies and Gentlemen:

Reference is hereby made to that certain Consolidated, Amended and Restated Construction Loan Agreement dated as of December 15, 2006 (the "Loan Agreement") among you, as borrowers (collectively "Borrowers"), PB Capital Corporation, as agent (in such capacity, "Agent") and PB (USA) Realty Corporation, PB Capital Corporation and iStar Financial Inc., as lenders (collectively, "Lenders"). All capitalized terms used but not otherwise defined herein shall have the respective meanings set forth in the Loan Agreement.

Borrowers have requested that Lenders fund, from time-to-time, as advances (protective or otherwise) under the Loan Documents (collectively, the "DIP Advances"), an aggregate amount of up to $1,308,055.03 (the "Maximum DIP Commitment"), which advances shall constitute debtor-in-possession financing in the chapter 11 bankruptcy cases of Borrowers, as contemplated by Borrowers' proposed plan of reorganization, which is attached as Exhibit A-1 to the Settlement Agreement, dated as of the date hereof, among Agent, Lenders, Borrowers and Guarantors. The DIP Advances shall be used only to the extent that cash collateral (held by Agent subject to Agent's liens securing the Obligations) (the "Cash Collateral") is not sufficient to pay the Borrowers' and other expenses set forth in the DIP Budget (defined below). Agent and Lenders have agreed to the foregoing on the terms set forth herein, which shall be subject in all respects to the Interim DIP Order and Final DIP Order (as each such term is defined below).

The use of Cash Collateral and the DIP Advances shall be subject to approval of the Bankruptcy Court presiding over Borrowers' chapter 11 cases pursuant to an interim order substantially similar to the form attached hereto as Exhibit A (the "Interim DIP Order"), which shall authorize the Borrowers to use Cash Collateral and borrow on an interim basis an amount up to $500,000 pending entry of a final order or orders (collectively, the "Final DIP Order"), each of which shall be satisfactory in all respects to Agent in its sole discretion. Payment of any expenses, whether through the use of Cash Collateral or with the proceeds of DIP Advances, shall be made only pursuant to the budget attached hereto as Exhibit B (the "DIP Budget"), provided that (i) total cash expenditures may exceed the amounts set forth in the DIP Budget

31844465.DOC

**PB CAPITAL CORPORATION**, as Agent

By: _____
Name:                Ann S. Wilhelm
Title:                Senior Director

By: _____
Name:                Kevin J. Hanly
Title:                Associate

[signatures continue on following page]

**AGREED TO AND ACCEPTED:**

**BROADWAY 401 LLC,**
a Delaware limited liability company

By: Broadway 401 Manager LLC,
a Delaware limited liability company

By: _____[signature]_____
Name
Title: Manager


**BROADWAY MASS ASSOCIATES LLC,**
a Delaware limited liability company

By: Broadway Mass Manager LLC, a Delaware
limited liability company

By: _____[signature]_____
Name:
Title: Manager


**BROADWAY MASS TIC I LLC,**
a Delaware limited liability company

By: Broadway Mass Manager LLC, a Delaware
limited liability company

By: _____[signature]_____
Name:
Title: Manager


**BROADWAY MANAGEMENT CO., INC.**

By: _____[signature]_____
Name:
Title:

when taken together, bear the signatures of each of the other parties hereto. Delivery of an executed counterpart of a signature page of this letter agreement by telecopy or email shall be effective as delivery of a manually executed counterpart of this letter agreement.

**LENDERS:**

**PB CAPITAL CORPORATION**

By: _____
    Name: Ann S. Wilson
    Title: Senior Director

By: _____
    Name: Kevin J. Hanly
    Title: Associate

**PB (USA) REALTY CORPORATION**

By: _____
    Name: Ann S. Wilson
    Title: Senior Director AVP

By: _____
    Name: OLIVIA A LAM
    Title: ASSISTANT TREASURER

**iSTAR FINANCIAL INC.**

By: _____
    Name:
    Title:

31844465.DOC

**LENDERS:**

**PB CAPITAL CORPORATION**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

**PB (USA) REALTY CORPORATION**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

**iSTAR FINANCIAL INC.**

By: _/s/ William Burns_
    Name: **William Burns**
    Title: **Senior Vice President**