# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Broadway 401 LLC, et al.,[1] | ) Case No. 10-10070 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## PLAN SUPPLEMENT

**THIS PLAN SUPPLEMENT IS FILED IN CONNECTION WITH THE DEBTORS' JOINT PREPACKAGED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE DATED DECEMBER 31, 2009 (THE "PLAN"). THIS PLAN SUPPLEMENT (AND THE DOCUMENTS ATTACHED HERETO) MAY BE MODIFIED, AMENDED OR SUPPLEMENTED FROM TIME TO TIME. THE DOCUMENTS CONTAINED IN THIS PLAN SUPPLEMENT ARE INTEGRAL TO THE PLAN AND, IF THE PLAN IS CONFIRMED, SHALL BE APPROVED IN THE CONFIRMATION ORDER.**

Wilmington, Delaware
March 10, 2010

| | |
|---|---|
| BAYARD, P.A. | LOVELLS LLP |
| Neil B. Glassman, Esq. (2087) | Robin E. Keller, Esq. |
| Jamie L. Edmonson, Esq. (4247) | 590 Madison Avenue |
| 222 Delaware Avenue, Suite 900 | New York, NY 10022 |
| P.O. Box 25130 | Tel: 212-909-0600 |
| Wilmington, DE 19899 | Fax: 212-909-0660 |
| Tel: 302-655-5000 | |
| Fax: 302-658-6395 | |

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Broadway 401 LLC, a Delaware limited liability company (6772), Broadway Mass Associates LLC, a Delaware limited liability company (8668), and Broadway Mass TIC I LLC, a Delaware limited liability company (3760). The address for each Debtor is 80 Broad Street, New York, NY 10004.

## PLAN SUPPLEMENT DOCUMENTS

In accordance with the Plan, Broadway 401 LLC, Broadway Mass Associates LLC and Broadway Mass TIC LLC, the above captioned debtors and debtors in possession, hereby file the following documents necessary to consummate the transactions contemplated therein.

**EXHIBIT A:** **Agreement of Purchase and Sale.** Attached as Exhibit A is the Agreement of Purchase and Sale, dated as of January 29, 2010 (the "Agreement of Purchase and Sale"), by and between PB Capital Corporation, as Agent, as Seller (the "Seller"), and ERP Operating Limited Partnership, as Buyer (the "Buyer").

**EXHIBIT B:** **First Amendment to Agreement of Purchase and Sale.** Attached as Exhibit B is the First Amendment to Agreement of Purchase and Sale, dated February 22, 2010, by and between Seller and Buyer.

**EXHIBIT C:** **Second Amendment to Agreement of Purchase and Sale.** Attached as Exhibit C is the Second Amendment to Agreement of Purchase and Sale, dated March 8, 2010, by and between Seller and Buyer.

**EXHIBIT D:** **Third Amendment to Agreement of Purchase and Sale.** Attached as Exhibit D is the Third Amendment to Agreement of Purchase and Sale, dated March 10, 2010, by and between Seller and Buyer.

**EXHIBIT E:** **Notice of Assumption of Contracts.** Attached as Exhibit E is the written notice, dated March 10, 2010, of Buyer pursuant to Section 1(viii) of the Agreement of Purchase and Sale (as amended), relating to Buyer's assumption of certain contracts (the "Contract Assumption Notice").

**EXHIBIT F:** **Executory Contracts to be Assumed and Assigned.** In accordance with Section 6.01 of the Plan and the Contract Assumption Notice, attached as Exhibit F is the list of executory contracts to be assumed by the Debtors and assigned to the Buyer on, and effective as of, the Effective Date (as defined in the Plan).

**EXHIBIT G:** **Real Estate Broker Declaration.** Attached as Exhibit G is the Declaration of Dean Sigmon of Ideal Realty Group, Inc. Describing Marketing Campaign in Pursuit of a Sale of the Debtors' Property, dated March 9, 2010.

In addition, please note the following:

1. **Debtors to be Dissolved.** Pursuant to Section 5.05 of the Plan and in accordance with the proposed order confirming the Plan, the Debtors will be dissolved under applicable state law within 120 days of the Effective Date (as defined in the Plan).

2