# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| BROADWAY 401 LLC, et al.,[1] | ) Case No. 10-10070 (KJC) |
| Debtors. | ) Jointly Administered |

## AMENDED[2] NOTICE OF AGENDA OF MATTER SCHEDULED FOR HEARING ON MARCH 16, 2010 AT 1:00 P.M.

## CONTESTED MATTER GOING FORWARD

1. Disclosure Statement for Joint Prepackaged Plan of Reorganization of Broadway 401 LLC, Broadway Mass Associates LLC and Broadway Mass TIC I LLC [Filing Date: 01/11/10; Docket No. 7]

    Related Documents:

    a) Motion of the Debtors for Entry of An Order: (A) Scheduling A Combined Hearing on the Adequacy of the Disclosure Statement and Confirmation of the Prepackaged Plan of Reorganization; (B) Approving Procedures for Filing Objections thereto; (C) Approving the Form and Notice of the Combined Hearing; and (D) Granting Related Relief [Filing Date: 01/11/10; Docket No. 8]

    b) Order (A) Scheduling A Combined Hearing on the Adequacy of the Disclosure Statement and Confirmation of the Prepackaged Plan of Reorganization; (B) Approving Procedures for Filing Objections thereto; (C) Approving the Form and Notice of the Combined Hearing; and (D) Granting Related Relief [Filing Date: 01/12/10; Docket No. 25]

    c) Notice of Hearing (Classes 4, 5, 6, 7 and 8) on the Adequacy of the Disclosure Statement and Confirmation of the Prepackaged Plan of Reorganization and Summary of Plan of Reorganization [Filing Date: 01/14/10; Docket No. 33]

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification numbers are: Broadway 401 LLC, a Delaware limited liability company (6772); Broadway Mass Associates LLC, a Delaware limited liability company (8668); and Broadway Mass TIC I LLC, a Delaware limited liability company (3760). The address of each Debtor is 80 Broad Street, New York, NY 10004.

[2] **Amended items appear in bold.**

d) Notice of Hearing (Class 1) on the Adequacy of the Disclosure Statement and Confirmation of the Prepackaged Plan of Reorganization and Summary of Plan of Reorganization [Filing Date: 01/14/10; Docket No. 34]

e) Notice of Hearing (Classes 2 and 3) on the Adequacy of the Disclosure Statement and Confirmation of the Prepackaged Plan of Reorganization and Summary of Plan of Reorganization [Filing Date: 01/14/10; Docket No. 35]

f) Plan Supplement [Filing Date: 03/10/10; Docket No. 62]

g) Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving the Debtors' (A) Disclosure Statement Pursuant to Sections 1125 and 1126(B) of the Bankruptcy Code (B) Solicitation of Votes and Voting Procedures, and (C) Form of Ballot, and (II) Confirming the Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filing Date: 03/11/10; Docket No. 64]

h) Memorandum of Law in Support of Their Request for an Order (I) Approving the Debtors' (A) Disclosure Statement Pursuant to Sections 1125 and 1126(b) of the Bankruptcy Code, (B) Solicitation of Votes and Voting Procedures, and (C) Form of Ballot, and (II) Confirming the Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filing Date: 03/11/10; Docket No. 65]

i) Declaration of David Weldler in Support of Entry of an Order (I) Approving the Debtors' (A) Disclosure Statement Pursuant to Sections 1125 and 1126(b) of the Bankruptcy Code, (B) Form of Ballot, and (C) Solicitation of Votes and Voting Procedures, and (II) Confirming the Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filing Date 03/11/10; Docket No. 67]

Response Deadline: February 9, 2010 at 4:00 p.m. (extended to February 18, 2010 for the United States Trustee)

Responses Received:

j) Limited Objection of the Acting United States Trustee to Confirmation of the Joint Prepackaged Plan of Reorganization of Broadway 401 LLC, Broadway Mass Associates LLC and Broadway Mass TIC I LLC Under Chapter 11 of the Bankruptcy Code [Filing Date: 02/18/10; Docket No. 56] **[RESOLVED]**

**Status: The objection filed by the United States Trustee has been resolved. This matter will go forward.**

Dated: March 12, 2010
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Jamie L. Edmonson*
Neil B. Glassman (No. 2086)
Jamie L. Edmonson (No. 4247)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
nglssman@bayardlaw.com
jedmonson@bayardlaw.com

-and-

LOVELLS LLP
Robin E. Keller, Esquire
Christopher R. Bryant, Esquire
590 Madison Avenue
New York, NY 10022
Tel:(212) 909-0600
Fax: (212) 909-0660
tobin.keller@lovells.com
christopher.bryant@lovells.com

Attorneys for the Debtors and Debtors-in-Possession